UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANIS L. DUNBAR,

                       Plaintiff,

     -against-                                  25 **CIVIL** 1960 (LLS)

## **JUDGMENT**

MARK ZUCKERBERG; EDUARO SAVERIN;
DUSTIN MOSKOVITZ.,

                       Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 11, 2025, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a), is dismissed as frivolous, 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:**  New York, New York

     June 16, 2025

                                                           **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                              **BY:**

                                                           **Deputy Clerk**